FILED
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 478 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| JASON TOLEN | ) | Code, Section 1111(a) and (b). |

JUDGE AMY ST. EVE

### COUNT ONE

MAGISTRATE JUDGE COLE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

1. At times material to this indictment:

   A. The Metropolitan Correctional Center-Chicago ("the MCC") was a United States Bureau of Prisons facility located in Chicago, Illinois.

   B. Defendant JASON TOLEN was an inmate at the MCC.

   C. Jason Katz was an inmate at the MCC.

1

2. On or about March 11, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JASON TOLEN,

defendant herein, unlawfully killed a human being, namely Jason Katz, with malice aforethought, within the special territorial jurisdiction of the United States, namely the MCC;

In violation of Title 18, United States Code, Section 1111(a) and (b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY