UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 478 |
| v. | ) | |
| | ) | Judge:  Amy J. St. Eve |
| JASON TOLEN | ) | |

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has entered an appearance in the above captioned case.

                            Respectfully submitted,

                            PATRICK J. FITZGERALD
                            United States Attorney

                By:    s/ Manish S. Shah
                         MANISH S. SHAH
                         Assistant United States Attorney
                         219 South Dearborn Street
                         Chicago, Illinois 60604
                         (312) 353-0517

Dated: June 18, 2008