Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 478 | **DATE** | 6/19/2008 |
| **CASE TITLE** | United States vs. Jason Tolen | | |

**DOCKET ENTRY TEXT**

Arraignment set for 6/23/08 is reset from 8:30 a.m. to 9:00 a.m. in courtroom 1241.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | KF |