## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 478 - 1 | **DATE** | 6/23/2008 |
| **CASE TITLE** | United States vs. Jason Tolen | | |

**DOCKET ENTRY TEXT**

Arraignment held on 6/23/08. Defendant acknowledges receipt of the Indictment, waives formal reading and enters a plea of not guilty to all counts. Enter Order appointing Gerald Collins as counsel for defendant. 16.1(A) conference to be held by or on 6/30/08. Status hearing set for 7/23/08 at 9:00 a.m. Government's unopposed oral motion for detention of defendant is granted. Defendant to remain in custody pending trial or until further order of the Court. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 31619(h)(8)(B)(I), time is excluded in the interest of justice beginning 6/23/08 to 7/23/08.  Enter Agreed Protective Order.   (X-T)

■ [ For further detail see separate order(s).]                                                                 Docketing to mail notices.

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|

U.S. DISTRICT COURT
2008 JUN 23 PM 2:31
FILED