# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:08–cr–00478

                                                  Honorable Amy J. St. Eve

Jason Tolen

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Jason Tolen: Status hearing held on 7/23/2008 and continued to 8/26/08 at 9:00 a.m. Due to the complicated nature of this case and in the interest of justice, defendant's oral motion to appoint a second attorney is granted. The additional attorney should file his/her appearance by 8/6/08. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(I) and due to the complexity of the case, time is excluded in the interest of justice beginning 7/23/08 to 8/26/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.