# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 478 | **DATE** | 8/26/2008 |
| **CASE TITLE** | United States vs. Jason Tolen | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/26/08 and continued to 10/2/08 at 9:00 a.m. Enter Order appointing Robert Gevirtz as additional counsel for defendant. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(I) and (h)(1)(A) time is excluded in the interest of justice beginning 8/26/08 to 10/2/08. (X-T)

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG 26 PM 1:58

FILED