MHh

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | U.S. v. Tolen | Case Number: | 08 CR 478 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Jason Tolen

FILED
8-26-2008
AUG 2 6 2008
JUDGE AMY ST. EVE
United States District Court

| Field | Value |
|---|---|
| NAME (Type or print) | Robert Gevirtz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | Gevirtz and Born |
| STREET | 181 Waukegan Rd., Suite 306 |
| CITY/STATE/ZIP | Northfield, IL 60093 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 00946230 |
| TELEPHONE NUMBER | (847) 501-3388 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | YES |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

| RETAINED COUNSEL | | APPOINTED COUNSEL | X |